UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONALD N. GOTTSCHALK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE SUPERIOR COURT OF<br>CALIFORNIA COUNTY OF LA, et al.,<br><br>　　　　Defendants. | No. CV 08-466-SGL (AGR)<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED** |

　　　Plaintiff, an attorney appearing pro se, filed this civil rights action on January 24, 2008. Pursuant to this Court's Order dated March 19, 2008, Plaintiff was ordered to file proofs of service showing service of the summons and complaint upon defendants within 120 days of filing the complaint, no later than May 23, 2008. (Docket No. 8.) To date, Plaintiff has not filed proofs of service as to any defendant.

　　　"If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

To date, no proofs of service have been filed and, therefore, it appears that no named defendant has been served. Accordingly, pursuant to Fed. R. Civ. P. 4(m) and Local Rule 41-1,

IT IS ORDERED that, **on or before June 30, 2008**, Plaintiff shall show good cause, if there be any, why this case should not be dismissed without prejudice for failure to serve summonses and complaints upon defendants, failure to file proofs of service as to defendants, and failure to prosecute. Service of the summonses and complaints upon defendants and filing of proofs of service as to defendants shall be deemed compliance with this Order to Show Cause.

*If plaintiff fails to timely respond to this Order to Show Cause, or if plaintiff fails to timely file proofs of service as to defendants and/or fails to timely serve summonses and complaints upon defendants, this Court will recommend that the complaint be dismissed without prejudice as to any or all defendants.* See Fed. R. Civ. P. 4(m); Local Rule 41-1; Link v. Wabash R.R., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962).

DATED: May 30, 2008

ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE