O

FILED
JUN 15 2009
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONALD GOTTSCHALK,<br><br>    Plaintiff,<br><br>    v.<br><br>BARRETT LITT,<br><br>    Defendant. | Case No. CV 08-0466-SGL (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the complaint, the motion to dismiss, and all of the records and files herein and has conducted a de novo review of that portion of the Report and Recommendations of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations of the United States Magistrate Judge in the Report and Recommendations and orders the action be dismissed with prejudice.

Dated: 6-12-09

_____
Stephen G. Larson
United States District Judge