JS-6

**FILED**
JUN 15 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

RONALD GOTTSCHALK,           )     Case No.  CV 08-0466-SGL (MLG)
         Plaintiff,          )
                             )     JUDGMENT
    v.                       )
                             )
BARRETT LITT,                )
                             )
         Defendant.          )
_____)

   IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: 6-12-09

_____
Stephen G. Larson
United States District Judge